IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| LYDELL JACKSON, | : |
| Plaintiff, | : |
| v. | : CASE NO.: 7:24-CV-22 (WLS) |
| UNUM LIFE INS. CO. OF AM. | : |
| Defendant. | : |

**ORDER**

Before the Court is the Notice of Settlement (Doc. 5). Therein, both Parties state that the above-styled case has been settled, and once the settlement has been consummated, they will file a stipulation of dismissal with prejudice. (*Id.*)

To ensure the timely and orderly disposition of this case, the Parties are **hereby ORDERED** to file the appropriate dismissal document(s) **no later than thirty (30) days** after entry of this Order, or by the same deadline, file with the Court a motion for additional time that explains why additional time is needed.

**SO ORDERED**, this 30th day of May 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**