IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| LYDELL JACKSON, | : |
| Plaintiff, | : |
| v. | : CASE NO.: 7:24-CV-22 (WLS) |
| UNUM LIFE INS. CO. OF. AMERICA, | : |
| Defendant. | : |

**ORDER**

Before the Court is the Parties' Joint Stipulation of Dismissal With Prejudice (Doc. 7), filed on June 24, 2024. Therein, the Parties stipulate the dismissal of this action with prejudice against Unum Life Insurance Company of America, with each Party bearing their own respective fees and costs. (*Id.*)

Upon consideration thereof, it is hereby **ORDERED** that the Parties' Joint Stipulation of Dismissal with Prejudice (Doc. 7) is **ACCEPTED** and **GRANTED**. The Court, therefore, orders that all Plaintiff's claims pending against Defendant are **DISMISSED WITH PREJUDICE** with each Party bearing their own fees and costs.

**SO ORDERED**, this 25th day of June 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1