IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| LYDELL JACKSON, | * |
| Plaintiff, | * |
| v. | Case No. 7:24-CV-22 (WLS) |
| | * |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated June 25, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 25th day of June, 2024.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk